**Commonwealth of Virginia: In the Circuit Court for Prince William County**

**HOMESTEAD DEED FOR PERSONAL AND REAL PROPERTY**

Name of Householder: **Rosemary Carol Davis**
Is Householder a disabled veteran entitled to claim the additional exemption under Va. Code § 34-34.1? No
Address of Householder: **16620 Harwood Oaks Ct., #101, Dumfries, VA 22026-6837**
County/City in which Householder Resides: **Prince William County**
Names of Minor Dependents:

Description of personal property which is being claimed exempt by the Householder:

| Description | Minimum amount | Amount Exempted |
|---|---|---|
| Cash on hand | $1.00 | $ 1 |
| Checking Account | $1.00 | $ 401 |
| Savings Account | $1.00 | $ 1 |
| Garnished Funds | $1.00 | $ 1 |
| Household goods w/liens | $1.00 | $ 1 |
| Retirement plans (also exempt under §34-34) | $1.00 | $ 1 |
| Automobiles  09 Ford Fusion | $1.00 | $ 1840 |
| Firearms | $1.00 | $ 1 |
| Jewelry and a Fur | $1.00 | $ 25 |
| Tax Refunds | $1.00 | $ 1 |
| Accrued Pay | $1.00 | $ 1 |
| Inchoate interest in inheritances | $1.00 | $ 1 |
| Investments, stocks, bonds, mutual funds | $1.00 | $ 1 |
| Cash value life insurance | $1.00 | $ 1 |
| Possible tort claim | $1.00 | $ 1 |
| Other | | $ 1 |

**TOTAL** value of personal property which is being claimed exempt: $ 2,279.—

Real property which is being claimed exempt: **Marion County, FL** (Meadow Wood Farms, Blk 2, Lot 80) -- $2,500.00
Out of state property claimed exempt: **Same as above**
Lifetime number of Virginia homestead deeds total **ZERO**. My previous exemptions amount $ **ZERO**
List of County/City of previously files homestead deeds: **N/A**

WITNESS the following signature and seal this March 14, 2014 by **Rosemary Carol Davis**.

Signature of Debtor: *Rosemary Carol Davis*
Rosemary Carol Davis

COMMONWEALTH OF VIRGINIA        )
CITY/COUNTY OF FAIRFAX           ) TO-WIT:

Subscribed and sworn to before me this March 14, 2014 by **Rosemary Carol Davis**



Notary Public

My Commission Expires: 5/31/2016

John Coury Macdonald
Commonwealth of Virginia
Notary Public
Commission No. 7518530
My Commission Expires 5/31/2016

Prepared by/Return to: **Law Offices of Juan E. Milanés, PLLC**
1831 Wiehle Avenue, Suite 105, Reston, VA 20190

201404030020324
Prince William County, VA   Pgs: 1
4/3/2014 7:51:54 AM
Michele B. McQuigg, Clerk

DAVID R ELLSPERMANN CLERK & COMPTROLLER MARION CO
DATE: 05/07/2014 02:17:11 PM
FILE #: 2014042977   OR BK 06035 PG 0802
REC 10.00