# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

|  |  |
|---|---|
| IN RE: ) | |
| ) | |
| ROSEMARY DAVIS ) | Case No. 14-10627-BFK |
| ) | Chapter 7 |
| Debtor ) | |

## ORDER DENYING DEBTOR'S CLAIM OF EXEMPTION

Upon consideration of the Trustee's Objection to Claim of Exemption (the "Objection") (Docket No. 19), filed by Janet M. Meiburger, Chapter 7 Trustee, and notice of the Objection having been given to the Debtor and her counsel, and after consideration of the Debtor's response (Docket No. 23), and a hearing having been held thereon at which the Debtor's counsel did not appear, it is hereby

ORDERED that the Debtor's claim of exemption in the real property located in Marion County, Florida, known as Sec 01, TWP 15, RGE 19, Plat Book N, Page 001, Meadow Wood Farms, Unit 2, Block 2, Lot 80 (the "Real Property") is deemed conceded due to the failure of the Debtor's counsel to appear at the hearing; and it is further

ORDERED that the Trustee's objection to the Debtor's claim of exemption in the Real

_____
Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871
Proposed Counsel to Chapter 7 Trustee

2

Property is also denied because the Debtor did not file a timely homestead deed in Marion County, Florida, as required by Va. Code Ann. §§ 34-6 and 34-17.

Date: Jun 25 2014                    /s/ Brian F. Kenney
                                     U.S. Bankruptcy Judge

                                     Entered on Docket: June 26, 2014

I ASK FOR THIS:

/s/ Janet M. Meiburger
Janet M. Meiburger, Esq., VSB No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, Virginia 22101
Phone: (703) 556-7871

**PARTIES TO RECEIVE COPIES BY MAIL:**

Juan Milanes, Esq.
The Law Firm of Juan Milanes
1831 Wiehle Avenue, Suite 105
Reston, VA 20190
*Counsel for the Debtor*

Rosemary Davis
16620 Harwood Oaks Court #101
Dumfries, VA 22026-6837