**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

_____
                                                    )
IN RE:                                         )
                                                    )
ROSEMARY DAVIS                   )    Case No. 14-10627-BFK
                                                    )    Chapter 7
    Debtor                                   )
_____)

**ORDER CORRECTING AND AMENDING ORDER
DENYING DEBTOR'S CLAIM OF EXEMPTION**

Upon consideration of the Debtor's Motion for Reconsideration and to Alter, Amend or Vacate Order Sustaining Trustee's Objection to Claim of Exemption, filed on June 25, 2014 (Docket No. 28), requesting that the Order Denying Debtor's Claim of Exemption, which was entered on June 26, 2014 (Docket No. 30) be altered, amended or vacated, it is hereby

ORDERED that the Debtor's claim of exemption in the real property located in Marion County, Florida, known as Sec 01, TWP 15, RGE 19, Plat Book N, Page 001, Meadow Wood Farms, Unit 2, Block 2, Lot 80 (the "Real Property") is denied because the Debtor did not file a timely homestead deed in Marion County, Florida, as required by Va. Code Ann. §§ 34-6 and 34-17.

_____
Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871
Proposed Counsel to Chapter 7 Trustee

Date: Oct 27 2014            /s/ Brian F. Kenney
                                                  U.S. Bankruptcy Judge

                                    Entered on Docket: October 28, 2014


I ASK FOR THIS:


/s/ Janet M. Meiburger
Janet M. Meiburger, Esq., VSB No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, Virginia 22101
Phone: (703) 556-7871


SEEN:

/s/ Juan E. Milanés, Esq.
Juan E. Milanés, Esq., VSB No. 33218
Law Offices of Juan E. Milanés, PLLC
1831 Wiehle Avenue, Suite 105
Reston, Virginia 20190
Phone: (703) 880-4881
*Counsel for Debtor*

**PARTIES TO RECEIVE COPIES BY MAIL:**

Juan Milanes, Esq.
The Law Firm of Juan Milanes
1831 Wiehle Avenue, Suite 105
Reston, VA 20190
*Counsel for the Debtor*

Rosemary Davis
16620 Harwood Oaks Court #101
Dumfries, VA 22026-6837